UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 5 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Guy Ralph Perea, Sr., )
)
)
Plaintiff, )
)
v. )    Civil Action No.    **10 1442**
)
Supreme Court of California *et al.*, )
)
Defendants. )
)

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

(IL))

3

Plaintiff, a California parolee, sues, *inter alia*, the Supreme Court of California, the Superior Court of California, President Barack Obama, former President George W. Bush and the "Country of Pakestand." Compl. Caption. What follows after the case caption is incomprehensible. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: August 26, 2010

2